**John E. CLAIBORNE, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 03–7214.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2004.

*ORDER*

Upon consideration of John E. Claiborne's unopposed motion for reconsideration of this court's December 3, 2003 order dismissing his appeal, an informal brief having been received,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the December 3, 2003 order is vacated, and the appeal is reinstated.

(2) The Secretary of Veterans Affairs should calculate the due date for his brief from the date of filing of this order.

**RHP BEARINGS LTD., NSK Bearings Europe Ltd., and NSK Corporation, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**The Torrington Company, Defendant–Appellee.**

No. 01–1219.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 12, 2004.

*ORDER*

Upon consideration of the unopposed motion of RHP Bearings Ltd. et al. to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

The motion is granted. All sides shall bear their own costs.